■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CODY, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Beldock, Acting P. J., Christ, Pette and Brennan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK J. DALTO, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a type-written brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. Motion for enlargement of time granted. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Motion for assignment of counsel granted. Alan Manning Miller, Esq., 71 North Main Street, Freeport, New York, is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL D'AMBROSIO, Appellant.— Motion for leave to appeal as a poor person will be treated as a motion to dispense with printing. Motion granted. The appeal will be heard on the original papers (including the typed minutes) and on a typewritten brief. The appellant is directed to file five copies of his brief and to serve one copy on the District Attorney. Motion for enlargement of time granted. The appellant's time to perfect the appeal is enlarged to the November 1960 Term; appeal ordered to be placed on the calendar for November 7, 1960. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York 13, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID DAWSON, Also Known as DAVID FLOYD DAWSON, Appellant.— Motion to dismiss appeal granted by default and appeal dismissed. Beldock, Acting P. J., Christ, Pette and Brennan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY EMMINO, Appellant.— Motion for leave to appeal as a poor person from an order denying a coram nobis application. Motion denied. An examination of the papers submitted on this motion discloses that as matter of law the remedy of coram nobis is not available to the appellant on any of the grounds urged by him. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO GOLD-MAN, Also Known as SEYMOUR GOLDMAN, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed, without prejudice to an application to a Judge of the Court of Appeals or to a Justice of this court for certification that a question of law is involved which ought to be reviewed by the Court of Appeals, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. RUDOLPH HAHN and DAVID HULSBERG, Defendants.— Motions to dismiss indictments dismissed (L. 1960, ch. 164), without prejudice to an application to a Justice of this court as indicated in decision in People v. Hahn (11 A D 2d 705), decided herewith. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.